MDL,PB,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:26−cv−06818

Valtrus Innovations Ltd. et al v. TRG Datacenters, LLC
Assigned to: Judge Keith P Ellison
Cause: 35:271 Patent Infringement

Date Filed: 08/18/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Valtrus Innovations Ltd.**

represented by **Eric H. Findlay**
Findlay Craft, P.C.
7270 Crosswater Ave.
Suite B
Tyler, TX 75703
903−534−1100
Fax: 903−534−1137
Email: efindlay@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Key Patent Innovations Ltd.**

represented by **Eric H. Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TRG Datacenters, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2026 | Ï 1 | COMPLAINT against TRG Datacenters, LLC (Filing fee $ 405 receipt number ATXSDC−36623942) filed by Valtrus Innovations Ltd., Key Patent Innovations Ltd.. (Attachments: # 1 Exhibit 1 − U.S. Patent No. 6,868,682, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Civil Cover Sheet, # 7 Attachment A to Civil Cover Sheet) (Findlay, Eric) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 2 | NOTICE *of Related Cases* by Key Patent Innovations Ltd., Valtrus Innovations Ltd., filed. (Findlay, Eric) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 3 | CORPORATE DISCLOSURE STATEMENT by Key Patent Innovations Ltd., Valtrus Innovations Ltd. identifying (for Key Patent Innovations Ltd.) as Corporate Parent, filed. (Findlay, Eric) (Entered: 08/18/2026) |
| 08/19/2026 | Ï 4 | Request for Issuance of Summons as to TRG Datacenters, LLC, filed. (Findlay, Eric) (Entered: 08/19/2026) |
| 08/20/2026 | Ï | Referral Judge Selected: Magistrate Judge Peter Bray randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District |

| | | |
|---|---|---|
| | | Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (jm4) (Entered: 08/20/2026) |
| 08/20/2026 | Ï 5 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (jm4) (Entered: 08/20/2026) |
| 08/20/2026 | Ï 6 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 12/17/2026 at 12:00 PM by video before Magistrate Judge Peter Bray. (Signed by Magistrate Judge Peter Bray) Parties notified. (jm4) (Entered: 08/20/2026) |
| 08/20/2026 | Ï 7 | US Patent and Trademark Office Notified. AO 120, filed. (Attachments: # 1 Complaint) (jm4) (Entered: 08/20/2026) |
| 08/24/2026 | Ï 8 | Summons Issued as to TRG Datacenters, LLC. Issued summons delivered to plaintiff by NEF, filed. (sew4) (Entered: 08/24/2026) |
| 09/04/2026 | Ï 9 | JPML CONDITIONAL TRANSFER ORDER (CTO−2) transferring case to Eastern District of Texas to be included in MDL Docket No. 3190. (ltg4) (Entered: 09/11/2026) |
| 09/11/2026 | Ï | Interdistrict transfer to Eastern District of Texas. Case transferred electronically. (ltg4) (Entered: 09/11/2026) |